MARIE L. ENGELS, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued May 26, 1939; decided July 11, 1939.

*William C. Chanler, Corporation Counsel* (*Paxton Blair* of counsel), for appellant.

*Myron Wisoff, William S. Butler* and *Otto B. Schmidt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., HUBBS, LOUGHRAN and RIPPEY JJ. Dissenting: LEHMAN and FINCH, JJ. Taking no part: O'BRIEN, J.